FILED

JAN 19 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH CORVONABOSS5@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | Case No. 5:16-MJ-1065-JG<br><br>**Filed Under Seal** |

## ORDER

Upon motion of the United States and for the reasons stated in the Motion to Seal and good cause shown, it is hereby ORDERED that the Application and Affidavit for Search Warrant regarding the captioned matter; the Search Warrant and subsequent Attachments, the government's application for an order commanding Google, Inc., not to notify any person of the existence of the warrant under 18 U.S.C. § 2705(b) and proposed order under 18 U.S.C. § 2705(b); the Motion to seal, and this Order be sealed by the Clerk until further order by this Court, except that two certified copies of the same be provided to the Office of the United States Attorney and special agents of the Federal Bureau of Investigation.

This 19 day of January, 2016.

JAMES E. GATES
United States Magistrate Judge